# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Rosalynd Mason,

                Plaintiff,

                                      Civ. No. 09-208 (RHK/FLN)
                                            **ORDER**

v.

White Castle System, Inc.
a Foreign Corporation,

                Defendant.

---

      This matter is before the Court *sua sponte*. The Defendant has moved to dismiss the Complaint in this case; the Motion is scheduled to be heard by the Court on May 20, 2009, at 8:00 a.m. Having reviewed the parties' Motion papers, the Court does not believe that oral argument will materially assist its resolution of the issues raised in the Motion. Accordingly, **IT IS ORDERED** that the hearing on Defendant's Motion is **CANCELED**, and the Motion will be deemed submitted as of May 20, 2009, the date of the now-canceled hearing.

Dated: May 13, 2009                                             s/Richard H. Kyle
                                                                       RICHARD H. KYLE
                                                                        United States District Judge